JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ELEANOR E. D.,                              ) Case No: 2:26-cv-00997-MBK
          Plaintiff,                        )
                                            ) [~~PROPOSED~~]
          vs.                               ) **JUDGMENT**
                                            )
FRANK BISIGNANO,                            )
Commissioner of Social Security,            )
                                            )
          Defendant.                        )
                                            )

        The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   05/28/2026          _____
                             HON. MICHAEL B. KAUFMAN
                             UNITED STATES MAGISTRATE JUDGE